460 A.2d 756

**COMMONWEALTH of Pennsylvania**

**v.**

**Henry Charles HASTINGS, Appellant.**

Supreme Court of Pennsylvania.

Argued May 27, 1983.

Decided June 1, 1983.

Michael T. Hudock, Mifflinburg, for appellant.

Graham C. Showalter, Dist. Atty., for appellee.

Before ROBERTS, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

196

## ORDER

PER CURIAM:

Order, 299 Pa.Super. 618, 445 A.2d 242, affirmed.

NIX, J., did not participate in the consideration or decision of this case.